**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7625**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

NICHOLEAN BERNARD HICKLEN, JR.,

                    Defendant – Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:99-cr-00187-FDW-1)

Submitted:  January 13, 2009          Decided:  January 16, 2009

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Nicholean Bernard Hicklen, Jr., Appellant Pro Se.  Amy Elizabeth
Ray, Assistant United States Attorney, Asheville, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholean Bernard Hicklen, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hicklen, No. 3:99-cr-00187-FDW-1 (W.D.N.C. Aug. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2